BEFORE THE THIRD DIVISION, JANUARY 2, 1962

**No. 66328.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 60/21550 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of hose, manufactured in the United States, returned after having been exported, without having been advanced in value or improved in condition, and that all the applicable customs regulations had been complied with, the claim of the plaintiff was sustained. Abstracts 47521 and 53865 followed.